## ROBINSON ET AL. v. WELTON.

[No. 11,351. Filed April 18, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between Edward J. Robinson and others and Perry M. Welton. From the judgment rendered, the former appeal. *Affirmed.*

*Robinson & Stilwell* and *E. P. Richardson*, for appellants.

*Frank Ely, Samuel E. Dillon, James Prentiss Duncan* and *Thomas Duncan*, for appellee.

BATMAN, J.—The death of appellant Edward J. Robinson having been suggested, the judgment is affirmed as of the date of submission, on the authority of *Robinson* v. *Cato* (1923), *ante* 530, 137 N. E. 569.

---

## ROBINSON ET AL. v. WELTON.

[No. 11,352. Filed April 18, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between Edward J. Robinson and others and Clarence C. Welton. From the judgment rendered, the former appeal. *Affirmed.*

*Robinson & Stilwell* and *E. P. Richardson*, for appellants.

*Frank Ely, Samuel E. Dillon, James Prentiss Duncan* and *Thomas Duncan*, for appellee.

BATMAN, J.—The death of appellant Edward J. Robinson having been suggested, the judgment is affirmed as of the date of submission, on the authority of *Robinson* v. *Cato* (1923), *ante* 530, 137 N. E. 569.

---

## ROBINSON ET AL. v. JONES.

[No. 11,353. Filed April 18, 1923.]

From Pike Circuit Court; *John F. Dillon*, Judge.

Action between Edward J. Robinson and others and Lydia A. Jones. From the judgment rendered, the former appeal. *Affirmed.*

*Robinson & Stillwell* and *E. P. Richardson*, for appellants.

*Frank Ely, Samuel E. Dillon, James Prentiss Duncan* and *Thomas Duncan*, for appellee.